UNITED STATES DISTRICT COURT

DISTRIST OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 04-30046-MAP

THEODORE JARRETT, et al

### NOTICE OF APPEARANCE

Kindly enter my appearance as counsel for the defendant, Theodore Jarrett, in the above-captioned case.

Respectfully submitted,

*(signature)*
Maria R. Durant
(BBO #558906)
Dwyer & Collora, LLP
600 Atlantic Ave.
Boston, MA 02210-2211
(617) 371-1000

### Certificate of Service

I, Maria R. Durant, do hereby certify that a copy of this Notice of Appearance was served on September 23, 2004, in hand upon Assistant U.S. Attorney William M. Welch, United States Attorney's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

*(signature)*
Maria R. Durant