## UNITED STATES DISTRICT COURT

## DISTRIST OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-30046-MAP |
| THEODORE JARRETT, et al . | ) ) | |
| _____ | ) | |

### DEFENDANT JARRETT'S MOTION FOR DISCOVERY OF EXPERT WITNESS INFORMATION

Defendant Theodore Jarrett ("Defendant" or "Mr. Jarrett") moves, pursuant to Federal Rule of Criminal Procedure 16 ("Rule 16") and Local Rules 116.3(G) and 116.5, for discovery concerning experts. Defendant has previously complied with Local Rule 116.3(A) and now files this motion because the government has either not provided the information or has provided information without sufficient specificity to allow Mr. Jarrett adequately to prepare for trial.

Pursuant to Local Rule 116.5(A)(2), Defendant seeks discovery concerning expert witnesses under Rule 16(a)(1)(E). To the extent the Government intends to introduce expert testimony in this case pursuant to Rules 702, 703 or 705 of the Federal Rules of Evidence, Defendant requests that the government provide:

1. the identity of the expert(s); and

2. a summary describing each expert's qualifications, opinion(s) and the bases and reasons therefore.

-1-

        Respectfully Submitted,

        THEODORE JARRETT
        By his Attorneys,

        /s/ William H. Kettlewell
        _____
        Maria R. Durant (BBO No. 558906)
        William H. Kettlewell (BBO No. 270320)
        Dwyer & Collora, LLP
        600 Atlantic Ave.
        Boston, MA 02210-2211
        (617) 371-1000

Dated: June 10, 2005

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 116.3(F)

The undersigned counsel hereby certifies that a good faith attempt was made to eliminate and narrow the issues raised in this motion through calls with the Assistant U.S. Attorney assigned to this case prior to filing this motion.

        /s/ William H. Kettlewell
        _____
        William H. Kettlewell

Dated: June 10, 2005