AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS _____

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    Theodore Jarrett

Date: 10/5/05

Signature: *[signature]*

Print Name: WILLIAM H. KETTLEWELL

Address: 600 Atlantic Ave

City: Boston    State: MA    Zip Code: 02210

Phone Number: 617 371-1000