UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>THEODORE JARRETT, *et al.*   )<br>_____) | CRIMINAL NO. 04-30046-MAP |

### NOTICE OF APPEARANCE

Kindly enter my appearance as additional counsel for the defendant, Theodore Jarrett, in the above-captioned case.

Respectfully submitted,

/s/ Justin P. O'Brien

Justin P. O'Brien (BBO #658765)
DWYER & COLLORA, LLP
600 Atlantic Avenue
Boston, MA 02210-2211
(617) 371-1000
(617) 371-1037 (FAX)

Dated: December 8, 2005

### Certificate of Service

I, Justin P. O'Brien, do hereby certify that a copy of this Notice of Appearance was served on December 8, 2005, in hand upon Assistant U.S. Attorney William M. Welch, United States Attorney's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

/s/ Justin P. O'Brien

35162_1