UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIM. NO. 04-30046-MAP |
| vs. | ) |
| ALBERT INNARELLI, ET AL., | ) |
| Defendants. | ) |

**PARTIES' FINAL JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this final joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order.

1.   There are no outstanding discovery issues not yet presented.[1]

2.   The Government does not anticipate providing additional discovery.

3.   The defendants do not intend to raise a defense of insanity or public authority.

4.   The Government has not requested notice of alibi. However, the defendants do not intend to raise a defense of alibi

---

[1] The Government is unaware of the status of copying efforts by defense counsel's copy vendor. The Government had delivered all loan files of which defense counsel had requested copies to defense counsel's copy vendor shortly after the last status conference.

1

to the current charges.

5. The defendants will file substantive motions that will require rulings by the court.

6. A schedule should be set for substantive motions. Time under the Speedy Trial Clock should be tolled from the date of the status conference through the filing of the motions to provide the defendant ample time to research, draft, and submit his motion. This request takes into consideration the due diligence of the party and would be in the interests of justice. In addition, this case has been designated a complex case.

7. To date, one defendant has indicated that he will plead guilty.

8. Excludable delay should be ordered under 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and Local Rules 112.2(A)(1) and (2). No time has run on the Speedy Trial Clock given the designation of this case as complex case.

9. The parties believe at this point that a trial should be anticipated. The Government would anticipate the trial to last approximately two and a half months.

Filed this 17th day of January, 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_____
WILLIAM M. WELCH II
Assistant United States Attorney

2

For defendant Albert Innarelli

_____
MOIRA L. BUCKLEY, ESQ.
Counsel for defendant Innarelli

For defendant Michael Bergdoll

_____
STEVEN LEARY, ESQ.
Counsel for defendant Bergdoll

For defendant Anthony Matos:

_____
VINCENT BONGIORNI, ESQ.
Counsel for defendant Matos

For defendant Pasquale Romeo

_____
MICHAEL JENNINGS, ESQ.
Counsel for defendant Romeo

For defendant Theodore Jarrett

_____     JUSTIN P. O'BRIEN
MARIA DURANT, ESQ.
Counsel for defendant Jarrett

For defendant Mark McCarthy

_____
ROBERT SANTANIELLO, ESQ.
Counsel for defendant McCarthy

3

For defendant James Smith

_/s/ Jack St. Clair (mrj)_
JACK ST. CLAIR, ESQ.
Counsel for defendant Smith

For defendant Lawrence Lynch

_/s/ Kevin Murphy_
KEVIN MURPHY, ESQ.
Counsel for defendant Lynch

For defendant Edgar Corona

_/s/ Peter Murphy_
PETER MURPHY, ESQ.
Counsel for defendant Corona

For defendant Kathryn Zepka

_/s/ Gary Ensor_
GARY ENSOR, ESQ.
Counsel for defendant Zepka

For defendant Jonathan Frederick

_/s/ Mark Albano_  1/18/06
MARK ALBANO, ESQ.
Counsel for defendant Frederick

For defendant Joseph Sullivan

_/s/_
~~DANIEL KELLY, ESQ.~~ Thomas A. Kokonowski, Esq.
Counsel for defendant Sullivan

CERTIFICATE OF SERVICE

Hampden,  ss.                                    Springfield, Massachusetts
                                                 January 13, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by filing said motion and providing electronic notice to:

Moira L. Buckley, Esq.            Steven W. Leary, Esq.
Shipman & Goodwin                 95 State Street
One Constitutional Plaza          Springfield, MA   01103
Hartford, CT  06103-1919

Vincent A. Bongiorni, Esq.        Michael O. Jennings, Esq.
95 State Street                   73 Chestnut Street
Springfield, MA   01103           Springfield, MA   01105

Maria Durant, Esq.                Peter M. Murphy, Esq.
Dwyer & Collora                   101 State Street, Ste. 715
600 Atlantic Avenue               Springfield, MA   01103
Boston, MA   02210

Robert Santaniello, Jr., Esq.     Jack St. Clair, Esq.
Santaniello & Santaniello         73 Chestnut Street
83 State Street                   Springfield, MA   01103
Springfield, MA   01103

Mark J. Albano, Esq.              Daniel D. Kelly, Esq.
Dalsey, Ferrara & Albano          101 State Street
73 State Street                   Suite 715
Springfield, MA   01103           Springfield, MA   01103

Kevin G. Murphy, Esq.             Gary A. Ensor, Esq.
115 State Street                  34 Bridge Street
Springfield, MA   01103           South Hadley, MA   01075


                                            _____
                                            WILLIAM M. WELCH II
                                            Assistant United States Attorney