# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 04-30046-MAP |
| THEODORE JARRETT, *et al.* | ) ) ) | |

## DEFENDANT JARRETT'S MOTION TO WITHDRAW MOTION TO SEVER

Now comes the Defendant Theodore Jarrett, by and through his undersigned counsel, and respectfully moves to withdraw the Motion to Sever previously filed on March 3, 2006.

As grounds for this motion, defendant states that due to the scheduled change in pleas with respect to six of his co-defendants, together with his negotiations with the government toward a resolution of this case, it is not in the interest of either the defendant or the government to further pursue this motion at this time.

Counsel has conferred and Assistant United States Attorney William Welch has assented to this motion.

    Respectfully Submitted,
    THEODORE JARRETT
    By his Attorneys,

    /s/ William H. Kettlewell

    William H. Kettlewell (BBO No. 270320)
    Maria R. Durant (BBO No. 558906)
    Justin P. O'Brien (BBO No. 658765)
    Dwyer & Collora, LLP
    600 Atlantic Ave.
    Boston, MA 02210-2211
    (617) 371-1000

Dated: April 3, 2006

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on April 3, 2006.

                                                        /s/ William H. Kettlewell
                                                    _____
                                                    William H. Kettlewell