UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____<br>)<br>UNITED STATES OF AMERICA )<br>)<br>      v. )<br>)<br>THEODORE JARRETT, et al. )<br>_____) | CRIMINAL NO. 04-30046-MAP |

**DEFENDANT JARRETT'S ASSENTED TO MOTION FOR
ENLARGEMENT OF TIME TO FILE
<u>SENTENCING MEMORANDUM AND MOTION FOR DOWNWARD DEPARTURE</u>**

     Defendant Theodore Jarrett ("Mr. Jarrett") hereby moves the court to enlarge the time within which he must file his sentencing memorandum and motion for downward departure from Friday, September 29, 2006 until Monday, October 2, 2006. As grounds for his motion, Mr. Jarrett states that an error with the U.S. Postal Service delayed Mr. Jarrett's receipt of the Presentence Report in this matter. As a result, counsel for Mr. Jarrett submitted its objections to the PSR on Tuesday, September 26, 2006 and is now in the process of preparing the sentencing memorandum and motion for downward departure, which is currently due on Friday, September 29, 2006. In light of this unexpected delay in the Presentence process, Mr. Jarrett requests one additional business day to prepare and file his Sentencing Memorandum and Motion for Downward Departure. The United States Attorney's Office has assented to this request on behalf of the government.

-2-

For the foregoing reasons, Mr. Jarrett respectfully requests that the time for filing his Sentencing Memorandum and Motion for Downward Departure be enlarged until Monday October 2, 2006.

>Respectfully Submitted,
>
>THEODORE JARRETT
>By his Attorneys,
>
>*/s/ Maria R. Durant*
>
>_____
>Maria R. Durant (BBO No. 558906)
>William H. Kettlewell (BBO No. 270320)
>Dwyer & Collora, LLP
>600 Atlantic Ave.
>Boston, MA 02210-2211
>(617) 371-1000

Dated: September 28, 2006.

### **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 116.3(F)**

The undersigned counsel hereby certifies that she has consulted with opposing counsel and the United States, through Assistant United States Attorney Karen Goodwin, has assented to this request.

>*/s/ Maria R. Durant*
>
>_____
>Maria R. Durant

Dated: September 28, 2006.