```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )  CR-N-04-30046-MAP
                              )
          v.                  )
                              )
THEODORE JARRETT,             )
                              )
          Defendant.          )
```

**GOVERNMENT'S U.S.S.G. §5K1.1 MOTION FOR THEODORE JARRETT**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this §5K1.1 Motion on behalf of Theodore Jarrett. After review by the Substantial Assistance Committee, the Committee recommends a twenty percent (20%) departure from the low end of the Guideline range.

The Government has filed an accompanying statement of facts under seal for the Court's consideration.

Filed this 6th day of October, 2006.

            Respectfully submitted,

            MICHAEL J. SULLIVAN
            United States Attorney


             /s/ William M. Welch II
            WILLIAM M. WELCH II
            Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                              Springfield, Massachusetts
                                          October 6, 2006

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronic service upon:

Maria Durant, Esq.


                                    /s/ William M. Welch II
                                  WILLIAM M. WELCH II
                                  Assistant United States Attorney