AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

v.  **APPEARANCE**

THEODORE JARRETT

Case Number:  04-30046

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   United States of America.

I certify that I am admitted to practice in this court.

Date

/s/ Karen L. Goodwin
Signature

KAREN L. GOODWIN          549398
Print Name                              Bar Number

U.S. ATTORNEY'S OFFICE, 1550 MAIN STREET
Address

SPRINGFIELD          MA     01103
City                     State       Zip Code

413-785-0235          413-785-0394
Phone Number                         Fax Number