UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 3:04-cr-30046-MAP

UNITED STATES OF AMERICA
Plaintiff
v.
THEODORE JARRETT
Defendant

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 282, 283, 290, 298, 313, 314, & 317

and contained in Volume(s) 1 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on. 10/30/06

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 11/2/06.

Sarah A Thornton, Clerk of Court

By: /s/ *Maurice G. Lindsay*

Maurice G. Lindsay
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 11/6/06

*George Krata*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 06-2556

N:\MyFiles\DOCS\ClerksCertificate-COA.frm- 3/06