## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-30046-MAP

USDC Docket Number : 06-2556

UNITED STATES

v.

THEODORE JARRETT

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 344, MOTION TO BE DECLARED INDIGENT AND FOR APPOINTMENT OF COUNSEL

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on

Sarah A. Thornton, Clerk of Court

By:   /s/John C. Stuckenbruck

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

ClerksCertificate-supplemental.frm - 3/06