04-30046
USDC/MA-SP
Jensen, M.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 06-2556

UNITED STATES

Appellant

v.

THEODORE JARRETT

Defendant - Appellee

**JUDGMENT**

Entered: February 7, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**Certified and Issued as Mandate
under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

*George Kueter*
Deputy Clerk

Date: 2/7/07

**AMY B. LEDERER**
By: _____
Appeals Attorney

[cc: Paul Hart Smyth, AUSA, Todd E. Newhouse, AUSA, Karen L. Goodwin, AUSA, William M. Welch, AUSA, Dina Michael Chaitowitz, AUSA, Justin P. O'Brien, Esq., Maria R. Durant, Esq., William H. Kettlewell, Esq.]